UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:11CR273 CDP TIA |
| ) | |
| ALEJANDRO SALAZAR-SOSA, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Defendant's Motion for Reconsideration of Bond [Doc. #364] filed on December 22, 2011.  On January 12, 2012 the Government and counsel for the Defendant met with the undersigned to discuss the matter.  Counsel for both parties informed the Court that information regarding Defendant's immigration status has been verified.  Based on this information, the government does not oppose bond in this matter.

**IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration of Bond [Doc. #364] is **GRANTED.** Defendant shall execute a secured bond binding the defendant to pay the United States the sum of <u>Ten Thousand Dollars</u> ($10,000), secured by ten percent (10%) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

**IT IS FURTHER ORDERED** that a bond hearing on this matter shall be held before the undersigned once the bond has been posted with the cashier of this court.

Dated this 12th day of January, 2012.

                                                     /s/ Nannette A. Baker
                                                    NANNETTE A. BAKER
                                                    UNITED STATES MAGISTRATE JUDGE